**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7625**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

EVERETT CORNELIUS KAYMORE, a/k/a CO, a/k/a Everet Cornelius
Kaymore,

                Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Samuel  G.  Wilson,
District Judge. (5:10-cr-00016-SGW-RSB-1)

Submitted:  February 20, 2014    Decided:  February 26, 2014

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Everett  Cornelius  Kaymore,  Appellant  Pro  Se.   Jeb  Thomas
Terrien,  Assistant  United  States  Attorney,  Harrisonburg,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Everett Cornelius Kaymore appeals the district court's order denying his motion to reconsider the court's previous denial of his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. See United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010) (noting that a district court does not have authority to reconsider prior order on § 3582 motion). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED